KEVIN ABEL *v.* STATE OF MARYLAND

[No. 163, September Term, 1981.]

*Decided February 16, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Per Curiam Order. MURPHY, C. J., dissents.

## PER CURIAM ORDER

It is this 16th day of February, 1982

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to the Court of Special Appeals with directions to reverse the judgments of the Criminal Court of Baltimore and to remand the case to the Criminal Court of Baltimore for a new trial. Costs to be paid by the Mayor and City Council of Baltimore. *See Williams v. State,* 292 Md. 201, 438 A.2d 1301 (1981).

Murphy, C.J., dissenting:

I would affirm the judgment of the Court of Special Appeals, without prejudice to the right of Abel to seek relief under the Post Conviction Procedure Act.